

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00727-CR

Wesley **HENDERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4006
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 3, 2025.

Lori Massey Brissette, Justice